No. 378. Anonymous Nos. 6 and 7 v. Arkwright, Justice of the Supreme Court of New York. Appeal from the Court of Appeals of New York. The motion to substitute Edward G. Baker in the place of George A. Arkwright, retired, as the party appellee is granted. *Raphael H. Weissman* for movant.

No. 415, Misc. Moore v. McNeill, Superintendent, Matteawan State Hospital; and

No. 436, Misc. Morrison v. Cavell, Warden. Motions for leave to file petitions for writs of habeas corpus denied.

No. 490, Misc. Kurth v. Bennett, Warden. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 307. Goett, Administratrix, v. Union Carbide Corp. et al. C. A. 4th Cir. Certiorari granted. *Ernest Franklin Pauley* for petitioner.

No. 438. Hess, Administrator, v. United States. C. A. 9th Cir. Certiorari granted. *Cleveland C. Cory* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States.

No. 448. Sentilles v. Inter-Caribbean Shipping Corp. C. A. 5th Cir. Certiorari granted. *Milton Kelner* for petitioner. *George F. Gilleland* for respondent.